UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/10/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           Plaintiff,  )<br>   v.  )<br>LAN NGOC NHAT NGUYEN,  )<br>           Defendant.  )<br>_____ ) | No. CR 07-00249-RMW<br><br>**ORDER OF THE COURT EXCLUDING TIME** |

The above-captioned case came before the court on Monday, May 7, 2007 at 9:00 a.m. for status hearing and initial appearance of the defendant in district court. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

The court hereby sets this case for a further status hearing to take place on Monday, May 14, 2007, at 9:00 a.m. Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from May 7, 2007 through and including May 14, 2007 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need for the defendant to determine if he

**ORDER EXCLUDING TIME   CR  07-00249-RMW**

will retain private counsel in this case rather than be represented by the Office of the Federal Public Defender and to thereby afford the defendant continuity of counsel, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED:   5/10/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**ORDER EXCLUDING TIME  CR  07-00249-RMW**