JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 1/17/08*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00249-RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING |
| LAN NGOC NHAT NGUYEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, January 14, 2008 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, May 19, 2008 at 9:00 a.m. is hereby set.

It is so stipulated:

Dated: ____01-07-2008___              _____/S/_____
                                                              JOHN N. GLANG
It is so stipulated:                                       Assistant U.S. Attorney

Dated: ___01-07-2008_____              _____/S/_____

| | JACK D. GORDON, ESQ. |
|---|---|
| | Attorney for Lan Ngoc Nhat Nguyen |

### [] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, January 14, 2008 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, May 19, 2008 at 9:00 a.m. is hereby set.

It is so ORDERED:

Dated: 1/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING
CR 07-00249-RMW                                        2