JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail:  John.Glang@usdoj.gov

*E-FILED - 6/3/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00249-RMW |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING |
| ) LAN NGOC NHAT NGUYEN, ) | |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, May 19, 2008 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, September 22, 2008 at 9:00 a.m. is hereby set.

It is so stipulated:

Dated: _____05/19/2008_____                _____/S/_____
                                                               JOHN N. GLANG
                                                              Assistant U.S. Attorney

**STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING
CR 07-00249-RMW**

1  It is so stipulated:

2  Dated:  05/19/2008                              _____/S/_____
                                                   JACK D. GORDON, ESQ.
3                                                  Attorney for Lan Ngoc Nhat Nguyen

4

5
                                    [] ORDER
6
      Based upon the stipulation of the parties and good cause appearing therefore, it is hereby
7
ordered that the sentencing hearing for the defendant in the above-entitled case, currently
8
scheduled for Monday, May 19, 2008 at 9:00 a.m., be continued and a new sentencing hearing
9
date of Monday, September 22, 2008 at 9:00 a.m. is hereby set.
10

11

12  It is so ORDERED:

13  Dated:  ____6/3/08_____               *Ronald M. Whyte*_____
                                               RONALD M. WHYTE
14                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING**
**CR 07-00249-RMW**                              2